No. 75–517. MACE v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 75–521. WILKE, TRUSTEE IN BANKRUPTCY v. BROOKS ET AL. C. A. 6th Cir. Certiorari denied.

No. 75–529. FARLEY TERMINAL Co., INC. v. ATCHISON, TOPEKA & SANTA FE RAILWAY Co. C. A. 9th Cir. Certiorari denied.

No. 75–537. TOUCHE ROSS & Co. ET AL. v. FABRIKANT ET AL. C. A. 9th Cir. Certiorari denied.

No. 75–551. BUTLER v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 75–5074. HARKINS v. BOMERITO ET AL. C. A. 8th Cir. Certiorari denied.

No. 75–5177. SHELTON v. UNITED STATES;
No. 75–5184. WHITE v. UNITED STATES; and
No. 75–5245. McWHITE v. UNITED STATES. C. A. 4th Cir. Certiorari denied. Reported below: 526 F. 2d 590 and 591.

No. 75–5213. OWENS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 75–5243. STEPHENS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–5253. HUDSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–5330. GRIMES ET AL. v. UNITED STATES; and
No. 75–5336. LEWIS v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 528 F. 2d 143.